UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| MONDELĒZ INTERNATIONAL, INC., a Virginia corporation and INTERCONTINENTAL GREAT BRANDS LLC, a Delaware corporation, | ) ) ) ) ) ) | No. 1:25-cv-05905 Hon. Jeremy C. Daniel |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ALDI, INC., an Illinois corporation, | ) ) | |
| Defendant. | | |

## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and without opposition from Defendant Aldi, Inc. ("Aldi"), Plaintiff Mondelēz International Inc. ("Mondelēz") hereby moves to continue the October 21, 2025, status hearing to a time convenient for the Court. In support of this motion, Mondelēz states as follows:

1. Mondelēz filed the instant action on May 27, 2025, seeking damages and injunctive relief arising from Aldi's use of private label product packaging that copies and trades upon the valuable reputation and goodwill Mondelēz has developed in its longstanding, highly distinctive, and well-known trade dress for numerous of its cookie and cracker snack products. ECF No. 1.

2. Thereafter, on August 14, 2025, Aldi waived service of summons of the Complaint. ECF No. 8. Per that waiver, Aldi's responsive pleading was due on October 3, 2025. Pursuant to Aldi's request, Mondelēz agreed to allow Aldi an additional two weeks to October 17, 2025 in which to file its responsive pleading. On October 10, 2025, this Court set a status hearing for 9:30 am on October 21, 2025. ECF No. 9.

3. Lead counsel for Mondelēz in Illinois, James T. Hultquist, will be on an international flight during the scheduled hearing time and, as such, will be unavailable. Mr.

Hultquist lands back in Chicago on the afternoon of October 21. Mondelēz's other counsel, Seth Herring and Robert Phillips, are out-of-state and unavailable to attend in-person on October 21.

4.      This is the first request for a continuation of the status hearing currently set for October 21, 2025, by either party. This motion is not made in bad faith. Rather, continuation is necessary to enable Plaintiff's counsel to attend and ensure a fruitful status hearing. The parties do not anticipate that any further continuations will be necessary.

5.      Although counsel for Aldi has not filed an appearance, counsel for Mondelēz reached out to counsel for Aldi ahead of filing the instant motion. Aldi does not object to this request.

WHEREFORE, Mondelēz respectfully requests that the status hearing scheduled for October 21, 2025, be continued to a future date convenient for this Court.


Dated: October 13, 2025                    Respectfully submitted,


                              By: /s/ *James T. Hultquist*
                                    James T. Hultquist (SBN 6204320)
                                    Email: jhultquist@reedsmith.com
                                    **REED SMITH LLP**
                                    10 South Wacker Drive
                                    Chicago, IL  60606-7507
                                    Telephone: +1 312 207 1000
                                    Facsimile: +1 312 207 6400


                                    Robert N. Phillips (*Pro Hac Vice Pending*)
                                    Email: robphillips@reedsmith.com
                                    Seth B. Herring (*Pro Hac Vice Pending*)
                                    Email: sherring@reedsmith.com
                                    Fatima Mobin (*Pro Hac Vice Pending*)
                                    Email: fmobin@reedsmith.com
                                    **REED SMITH LLP**
                                    101 Second Street
                                    Suite 1800
                                    San Francisco, CA  94105-3659
                                    Telephone: +1 415 543 8700
                                    Facsimile: +1 415 391 8269

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 13, 2025, I electronically caused for filing the foregoing document with the Clerk of the Court using the *CM/ECF* which will send notification of such filing to all counsel of record.


/s/*James T. Hultquist*
James T. Hultquist

*Counsel for Plaintiffs*