**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

MONDELĒZ INTERNATIONAL, INC., a )
Virginia corporation and )
INTERCONTINENTAL GREAT )
BRANDS LLC, a Delaware corporation, )
          )
          Plaintiffs, )
          )
v. )   Civil No. 1:25-cv-05905
          )   Hon. Jeremy C. Daniel
ALDI, INC., an Illinois corporation, )
          )   Hon. Albert Berry III
          )
          Defendant. )

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs Mondelēz International, Inc. and Intercontinental Great Brands LLC (collectively, "Plaintiffs") and Defendant ALDI, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby move for the entry of a Protective Order, and in support state:

1. The resolution of this case will likely require the exchange of materials in discovery that relate to the parties' sensitive financial and commercial information, which the parties anticipate will include gross sales figures, profit margins, and other highly confidential and/or trade secret information. The parties want to restrict the use of such confidential information to this litigation and govern the use and disclosure of such information in this litigation.

2. Accordingly, the parties request that the Court enter the draft protective order that is attached hereto as **Exhibit A**. A red-line version comparing the text of the proposed protective order with the text of the Northern District of Illinois's Model Confidentiality Order is attached hereto as **Exhibit B**.

1

3.      Counsel for the parties have conferred regarding the terms of the proposed protective order and agree to its entry.

WHEREFORE, Plaintiffs Mondelēz International, Inc. and Intercontinental Great Brands LLC and Defendant ALDI, Inc. respectively request that the Court enter the proposed Protective Order attached hereto as **Exhibit A** and enter such other relief that the Court deems just.

Dated: April 30, 2026

 /s/ Jeremy Buxbaum
Jeremy Buxbaum (IL Bar No. 6296010)
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 West Madison Street, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200
jbuxbaum@ktslaw.com

Charles H. Hooker III (Admitted *Pro Hac Vice*)
R. Charles Henn Jr. (Admitted *Pro Hac Vice*)
Alexander H. Weathersby (Admitted *Pro Hac Vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
chooker@ktslaw.com
chenn@ktslaw.com
aweathersby@ktslaw.com

*Counsel for PLAINTIFFS*
Mondelēz International, Inc.
Intercontinental Great Brands LLC

/s/ Kevin J. Mahoney
Kevin J. Mahoney (IL Bar No. 6299398)
Bart A. Lazar (IL Bar No. 6195086)
**SEYFARTH SHAW LLP**
223 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
kmahoney@seyfarth.com
blazar@seyfarth.com

Edward F. Maluf (admitted *Pro Hac Vice*)
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
emaluf@seyfarth.com

Vincent Smolczynski (admitted *Pro Hac Vice*)
**SEYFARTH SHAW LLP**
300 South Tryon Street, Suite 400
Charlotte, NC 28202
Telephone: (704) 925-6043
vsmolczynski@seyfarth.com

*Counsel for DEFENDANT*
ALDI, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that they caused a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER** to be filed electronically on this 30th day of April, 2026. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By: */s/ Jeremy Buxbaum*

3