UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MONDELĒZ INTERNATIONAL, INC., a Virginia corporation and INTERCONTINENTAL GREAT BRANDS LLC, a Delaware corporation, | ) ) ) ) ) | No. 1:25-cv-05905 |
| Plaintiffs, | ) ) | Hon. Jeremy C. Daniel |
| v. | ) ) | Magistrate Judge Albert Berry III |
| ALDI, INC., an Illinois corporation, | ) ) | |
| Defendant. | | |

**JOINT STATUS REPORT**

Plaintiffs Mondelēz International Inc. ("Mondelēz) and Intercontinental Great Brands LLC ("IGB") (collectively, "Plaintiffs") and Defendant Aldi, Inc. ("Aldi") (collectively, the "Parties"), through their undersigned counsel, submit this Joint Status Report pursuant to the Court's Order entered on February 25, 2026. Dkt. 26.

A.    Progress of Fact Discovery.  Fact discovery is ongoing. The Parties have negotiated an Agreement regarding the format and logistics of producing Electronically-Stored Information, including a protocol for identifying and collecting documents from custodians. The Parties have also negotiated, and the Court has entered, an Agreed Protective Order governing the handling of certain confidential information and documents to be exchanged in discovery. (Dkt. 38). The Parties have exchanged written discovery requests and responses, and both parties have made productions of documents.  Both parties anticipate producing additional documents.  The parties have exchanged letters regarding the sufficiency of certain discovery responses and continue to attempt to resolve any potential discovery disputes.  It is possible the Parties will require the Court's attention to resolve one or more discovery disputes if they are not able to resolve them. ALDI has also issued five third-party subpoenas for documents, and anticipates issuing more subpoenas in the coming weeks. No depositions have been scheduled at this time. Considering the volume of discovery thus far and the anticipated remaining discovery issues, Defendant anticipates

requesting an extension of the current fact discovery deadline.  Plaintiffs do not currently believe that an extension of the fact discovery deadline is necessary.

B. Settlement Conference. Absent a resolution in the next several weeks, Plaintiffs submit that the parties should agree to private mediation, which Plaintiffs expect to complete by August 30, 2026.  Defendant does not concur, but believes that a settlement conference or the utilization of the Northern District of Illinois's Voluntary Mediation Program for Lanham Act Cases would be productive.

Dated: May 26, 2026                         Respectfully submitted,

 /s/ Jeremy Buxbaum
Jeremy Buxbaum (IL Bar No. 6296010)
**KILPATRICK TOWNSEND &
STOCKTON LLP**
500 West Madison Street, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200
jbuxbaum@ktslaw.com

Charles H. Hooker III (Admitted *Pro Hac Vice)*
R. Charles Henn Jr. (Admitted *Pro Hac Vice)*
Alexander H. Weathersby (Admitted *Pro Hac Vice)*
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
chooker@ktslaw.com
chenn@ktslaw.com
aweathersby@ktslaw.com

*Counsel for PLAINTIFFS* Mondelēz International, Inc. and Intercontinental Great Brands LLC

Robert N. Phillips (Admitted *Pro Hac Vice*)
robphillips@reedsmith.com
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: (415) 543 8700
Facsimile: (415) 391 8269

James T. Hultquist (SBN 6204320)
jhultquist@reedsmith.com
**REED SMITH LLP**
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: (312) 207 1000
Facsimile: (312) 207 6400

*Counsel for PLAINTIFFS* Mondelēz International,
Inc. and Intercontinental Great Brands LLC


/s/  Kevin J. Mahoney
Kevin J. Mahoney (IL Bar No. 6299398)
Bart A. Lazar (IL Bar No. 6195086)
**SEYFARTH SHAW LLP**
223 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
kmahoney@seyfarth.com
blazar@seyfarth.com

Edward F. Maluf (admitted *Pro Hac Vice*)
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
emaluf@seyfarth.com

Vincent Smolczynski (admitted *Pro Hac Vice*)
**SEYFARTH SHAW LLP**
300 South Tryon Street, Suite 400
Charlotte, NC 28202
Telephone: (704) 925-6043
vsmolczynski@seyfarth.com

*Counsel for DEFENDANT* ALDI, Inc.

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the *CM/ECF* which will send notification of such filing to all counsel of record.

/s/ *Jeremy L. Buxbaum*
Jeremy L. Buxbaum

*Counsel for Plaintiffs*