# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Mondelez International, Inc., et al.

                       Plaintiff,

v.                                      Case No.: 1:25–cv–05905

                                          Honorable Jeremy C. Daniel

Aldi Inc

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

      MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [40]. The parties are progressing with written discovery. Should the parties need to file any discovery motions, they are ordered to review Judge Berry III's case procedures carefully before doing so. If the parties require an extension of the fact discovery deadline, they must file a written motion demonstrating good cause for the extension and indicate whether the motion is agreed or opposed. Although the parties appear to agree that some sort of alternative dispute resolution is appropriate, they cannot agree on the type; Plaintiffs seek a private mediation, whereas Defendant prefers a settlement conference before the Court. The Court does not set settlement conferences absent an agreement from all relevant parties. To the extent the parties seek a settlement conference, they may contact Judge Berry III's courtroom deputy, Yulonda Thomas, at any time to initiate settlement proceedings. The parties are ordered to file an updated joint status report 7/27/26 informing the Court on the progress of fact discovery and whether the parties believe a settlement conference would be fruitful at that time. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.