UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MONDELĒZ INTERNATIONAL, INC., a )
Virginia corporation and )
INTERCONTINENTAL GREAT BRANDS )
LLC, a Delaware corporation, )   No. 1:25-cv-05905
)
         Plaintiffs, )   Hon. Jeremy C. Daniel
)
v. )   Magistrate Judge Albert Berry III
)
ALDI, INC., an Illinois corporation, )
)
        Defendant.

## JOINT STATUS REPORT

Plaintiffs Mondelēz International Inc. ("Mondelēz) and Intercontinental Great Brands LLC ("IGB") (collectively, "Plaintiffs") and Defendant Aldi, Inc. ("Aldi") (collectively, the "Parties"), through their undersigned counsel, submit this Joint Status Report pursuant to the Court's Order entered on May 28, 2026. Dkt. 41.

    A.     <u>Progress of Fact Discovery.</u>

Fact discovery remains ongoing. The Parties have negotiated an Agreement regarding the format and logistics of producing Electronically-Stored Information, including a protocol for identifying and collecting documents from custodians. The Parties have disclosed their respective custodians pursuant to that Agreement, and have agreed to a date to exchange search terms for those custodians, along with identification of any non-custodial sources of potentially-responsive documents.

The Parties have also negotiated, and the Court has entered, an Agreed Protective Order governing the handling of certain confidential information and documents to be exchanged in discovery. (Dkt. 38). The Parties have exchanged written discovery requests and responses, except for the additional interrogatories and requests for production of documents that Plaintiffs served on Defendant on July 17, 2026, where Defendant has not served its responses. Defendant has thus far issued 11 third-party subpoenae *duces tecum*.

The Parties have produced documents, and anticipate producing additional documents. The Parties have exchanged letters regarding the sufficiency of certain discovery responses and held a Rule 26 conference on July 23, 2026, wherein the Parties agreed to timely supplement certain parts of their respective responses. The Parties continue to work in good faith to attempt to resolve any potential discovery disputes, although it is possible the Parties will require the Court's attention to resolve one or more discovery disputes. No depositions have been scheduled at this time.

Considering the volume of discovery thus far, including non-party discovery, and the anticipated remaining discovery issues, Defendant anticipates requesting an extension of the current fact discovery deadline. Plaintiffs do not currently believe that an extension of the fact discovery deadline is necessary.

B.      Settlement Conference.

The Parties are engaged in settlement discussions. If the Parties are not able to fully resolve the case on their own, Plaintiffs submit that the Parties should agree to private mediation. Defendant agrees to private mediation, provided that the mutually agreed mediator has appropriate experience in trade dress law, and that the mediation includes in-person participation by party-representatives for each party (i.e., not only outside and in-house counsel) who have full authority to make a full and final decision to resolve the litigation. Defendant also continues to believe that a settlement conference or the utilization of the Northern District of Illinois's Voluntary Mediation Program for Lanham Act Cases would be productive, and prefers these forms of alternative dispute resolution.

Dated: July 27, 2026                                  Respectfully submitted,


                                    _/s/ Jeremy Buxbaum_____
                                    Jeremy Buxbaum (IL Bar No. 6296010)
                                    **KILPATRICK TOWNSEND &
                                    STOCKTON LLP**
                                    500 West Madison Street, Suite 3700

Chicago, IL 60661
Telephone: (312) 606-3200
jbuxbaum@ktslaw.com

Charles H. Hooker III (Admitted *Pro Hac Vice)*
R. Charles Henn Jr. (Admitted *Pro Hac Vice)*
Alexander H. Weathersby (Admitted *Pro Hac Vice)*
**KILPATRICK TOWNSEND &**
**STOCKTON LLP**
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
chooker@ktslaw.com
chenn@ktslaw.com
aweathersby@ktslaw.com

*Counsel for PLAINTIFFS* Mondelēz International,
Inc. and Intercontinental Great Brands LLC

Robert N. Phillips (Admitted *Pro Hac Vice*)
robphillips@reedsmith.com
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543 8700
Facsimile: (415) 391 8269

James T. Hultquist (SBN 6204320)
jhultquist@reedsmith.com
**REED SMITH LLP**
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: (312) 207 1000
Facsimile: (312) 207 6400

*Counsel for PLAINTIFFS* Mondelēz International,
Inc. and Intercontinental Great Brands LLC

/s/ Kevin J. Mahoney

Kevin J. Mahoney (IL Bar No. 6299398)
Bart A. Lazar (IL Bar No. 6195086)
**SEYFARTH SHAW LLP**
223 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
kmahoney@seyfarth.com
blazar@seyfarth.com

Edward F. Maluf (admitted *Pro Hac Vice)*
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
emaluf@seyfarth.com

Vincent Smolczynski (admitted *Pro Hac Vice)*
**SEYFARTH SHAW LLP**
300 South Tryon Street, Suite 400
Charlotte, NC 28202
Telephone: (704) 925-6043
vsmolczynski@seyfarth.com

*Counsel for DEFENDANT* ALDI, Inc.

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the *CM/ECF* which will send notification of such filing to all counsel of record.

/s/ *Jeremy L. Buxbaum*
Jeremy L. Buxbaum

*Counsel for Plaintiffs*