UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MONDELĒZ INTERNATIONAL, INC., a Virginia corporation and INTERCONTINENTAL GREAT BRANDS LLC, a Delaware corporation, | ) | No. 1:25-cv-05905 |
| Plaintiffs, | ) | Hon. Jeremy C. Daniel |
| v. | ) | Magistrate Judge Albert Berry III |
| ALDI, INC., an Illinois corporation, | ) | |
| Defendant. | | |

**JOINT STATUS REPORT**

Plaintiffs Mondelēz International Inc. ("Mondelēz) and Intercontinental Great Brands LLC ("IGB") (collectively, "Plaintiffs") and Defendant Aldi Inc. ("Aldi") (collectively, the "Parties"), through their undersigned counsel, submit this Joint Status Report pursuant to the Court's Order entered on August 10, 2026. Dkt. 45.

A. Progress of Fact Discovery.

Fact discovery remains ongoing. Pursuant to the agreement pertaining to Electronically-Stored Information, the Parties have exchanged proposed custodians, search terms, and search term hit counts, and are in the process of negotiating to further refine search terms. Beyond documents being collected via search terms, the Parties have collected and produced several thousand responsive documents and continue to do so. On September 30, 2026, Plaintiffs served their Third Set of Requests for Production of Documents to Defendant, to which Aldi will respond in due course.

The Parties continue to exchange written discovery requests and responses, and to make rolling document productions. The Parties have also exchanged correspondence pertaining to alleged document production deficiencies, and continue to work in good faith to attempt to resolve any potential discovery disputes, although it is possible the Parties will require the Court's attention to resolve one or more discovery disputes. No depositions have been scheduled at this

time, although the Parties anticipate that depositions will commence soon. Aldi has been in contact with third-party subpoena recipients regarding deposition scheduling and expects those depositions to proceed before the end of October.

B. Settlement Conference. The Parties have agreed to a private mediation in an attempt to resolve this matter. If that mediation results in a resolution, the Parties will promptly inform the Court.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Jeremy Buxbaum*

Jeremy Buxbaum (IL Bar No. 6296010)
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 West Madison Street, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200
jbuxbaum@ktslaw.com

Charles H. Hooker III (Admitted *Pro Hac Vice)*
R. Charles Henn Jr. (Admitted *Pro Hac Vice)*
Alexander H. Weathersby (Admitted *Pro Hac Vice)*
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
chooker@ktslaw.com
chenn@ktslaw.com
aweathersby@ktslaw.com

*Counsel for PLAINTIFFS* Mondelēz International, Inc. and Intercontinental Great Brands LLC

Robert N. Phillips (Admitted *Pro Hac Vice*)
robphillips@reedsmith.com
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543 8700
Facsimile: (415) 391 8269

James T. Hultquist (SBN 6204320)
jhultquist@reedsmith.com
**REED SMITH LLP**

10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: (312) 207 1000
Facsimile: (312) 207 6400

*Counsel for PLAINTIFFS* Mondelēz International, Inc. and Intercontinental Great Brands LLC

*/s/ Kevin J. Mahoney*
Kevin J. Mahoney (IL Bar No. 6299398)
Bart A. Lazar (IL Bar No. 6195086)
**SEYFARTH SHAW LLP**
223 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
kmahoney@seyfarth.com
blazar@seyfarth.com

Edward F. Maluf (admitted *Pro Hac Vice)*
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
emaluf@seyfarth.com

Vincent Smolczynski (admitted *Pro Hac Vice)*
**SEYFARTH SHAW LLP**
300 South Tryon Street, Suite 400
Charlotte, NC 28202
Telephone: (704) 925-6043
vsmolczynski@seyfarth.com

*Counsel for DEFENDANT* ALDI Inc.

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the *CM/ECF* which will send notification of such filing to all counsel of record.

/s/ *Jeremy L. Buxbaum*
Jeremy L. Buxbaum

*Counsel for Plaintiffs*